ACCEPTED
03-15-00295-CV
6339562
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/4/2015 7:40:44 AM
JEFFREY D. KYLE
CLERK

DOCKET NO. 3-15-00295-CV

| | | |
|---|---|---|
| GERALD KOSTECKA | § | THIRD COURT OF |
| | § | APPEALS |
| | § | |
| V. | § | |
| | § | |
| SMOKEY MO'S FRANCHISE, | § | |
| LLC D/B/A SMOKEY MO'S | | |
| BBQ | | AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/4/2015 7:40:44 AM
JEFFREY D. KYLE
Clerk

## APPELLANT'S SECOND AGREED MOTION FOR EXTENSION OF TIME TO FILE APPELLATE BRIEF

COMES NOW, Appellant Gerald Kostecka, and pursuant to the Texas Rules of Appellate Procedure 38.6(d) and 10.5(b), files this Second Agreed Motion for Extension of Time to File Appellate Brief, and in support thereof would show as follows:

### I.

Appellant's brief in this case was originally due July 15, 2015. Appellant was granted a 21-day extension of time to file the brief until August 5, 2015. This extension was agreed to by Appellee. Appellant is now seeking an additional seven-day extension until August 12, 2015. Appellee agrees that Appellant should be granted this additional 7-day

extension of time to file his brief. This is the second request for an extension of time to file his brief made by Appellant, both of which have been agreed to by Appellee. Appellant does not anticipate the need to request additional time to file his brief after this request.

## II.

Appellant's counsel has had a very busy schedule this summer and has continued to have a very full docket for the past few weeks. Appellant's counsel is also a trial attorney and has a number of cases pending before Travis County, Hays County and Williamson County courts, as well as before courts of other counties in Texas. In addition, Appellant's counsel has recently gone through a divorce proceeding in Travis County and has substantial responsibilities relating to his 11 and 13 year old sons this summer. Inasmuch as his former spouse has less flexibility in her job than Appellant's counsel, the undersigned counsel has taken on a large role in meeting the needs of his children this summer. Also, Appellant's counsel has an 86-year old mother living in Central Texas who is ill and needs substantial time and attention, which only the undersigned counsel is situated to provide. Further, the

undersigned counsel's life-long friend and cousin has sustained severe injuries and has needed the undersigned counsel's care and attention. The undersigned counsel has provided the same.

### III.

This Motion is not filed for delay only, but so that justice may be done. The undersigned counsel has personal knowledge of the facts set forth in this Motion. Appellant respectfully requests that this Court extend the deadline for filing Appellant's brief until August 12, 2015.

WHEREFORE, PREMISES CONSIDERED, Appellant Gerald Kostecka respectfully requests that this Court grant his Second Agreed Motion for Extension of Time to File Appellant's Brief, and requests that the Court grant such further and other relief to which Appellant may be entitled.

Respectfully submitted,

LAW OFFICE OF STUART WHITLOW

By: /s/ Stuart Whitlow_____
  Stuart Whitlow
  Texas Bar No.:  21378050
  1104 S. Mays, Suite 116
  Round Rock, Texas 78664
  Tel. (737) 346-1839
  Fax (512) 218-9235
  Email stuartrtwhitlowlaw@yahoo.com
  Attorney for Appellant

## CERTIFICATE OF SERVICE

   This is to certify that a true and correct copy of the above and foregoing legal instrument was served upon Robert House, Clark & Trevino, 1701 Directors Boulevard, Suite 920, Austin, Texas 78744, in accordance with the Texas Rules of Civil Procedure on the 4th day of August, 2015.

    _/s/Stuart Whitlow_____
     Stuart Whitlow

## CERTIFICATE OF CONFERENCE

This is to certify that Stuart Whitlow, counsel for Appellant Gerald Kostecka conferred with counsel for Appellee and said counsel agreed that Appellant should be granted an extension of one additional week to file his appellate brief.

_/s/Stuart Whitlow_____
Stuart Whitlow